**Joseph B. Fiorenzo, Esq. (021421980)**
**David W. Phillips, Esq. (027141985)**
**SILLS CUMMIS & GROSS P.C.**
**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**(973) 643-7000**
**Attorneys for Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EMERSON REDEVELOPERS URBAN RENEWAL, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE BOROUGH OF EMERSON, NEW JERSEY, AND DANIELLE DIPAOLA,**<br><br>**Defendants.** | **Civil Action No. 20-cv-4728-MCA-MAH**<br><br><br><br>**NOTICE OF APPEARANCE** |

Please take notice that David W. Phillips, Esq., Of Counsel to Sills Cummis & Gross, P.C., hereby appears on behalf of Plaintiff Emerson Redevelopers Urban Renewal, LLC.

**SILLS CUMMIS & GROSS P.C.**
Attorneys for Plaintiff Emerson Redevelopers
Urban Renewal, LLC

*/s/ David W. Phillips*
_____
David W. Phillips

Dated: April 30, 2020