**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  5·5·2020  11:20am |
| NAME OF SERVER *(PRINT)*  Thomas Bunting | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Robert Hermanson

☐ Returned unexecuted: _____

_____

☐ Other (specify): description
65 year old, male, cauc, 5'11, 180#'s, bald

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-5-2020
                      Date

Signature of Server

1359 Littleton Rd Morris Plains NJ  07950
Address of Server

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

EMERSON REDEVELOPERS URBAN
RENEWAL, LLC,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

THE BOROUGH OF EMERSON, NEW
JERSEY, ET AL.,
*Defendant*

CASE NUMBER: **2:20−CV−04728−MCA−MAH**

TO: *(Name and address of Defendant):*

Borough of Emerson
146 Linwood Avenue
Emerson, New Jersey 07630

Mayor Daniella DiPoala
146 Linwood Avenue
Emerson, New Jersey 07630

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Joseph B. Fiorenzo, Esq.
    SILLS CUMMIS & GROSS P.C.
    One Riverfront Plaza
    Newark, NJ 07102
    973-643-7000

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2020−04−22 15:13:37, Clerk
USDC NJD