Richard Malagiere (RM-3991)
Leonard E. Seaman (LES-4799)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, Danielle DiPaola

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EMERSON REDEVELOPERS URBAN RENEWAL, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE BOROUGH OF EMERSON, NEW JERSEY, AND DANIELLE DIPAOLA,**<br><br>Defendants. | **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)]**<br><br>Civil Action No.: 2:20-cv-04728 |

Application is hereby made for a Clerk's Order extending time within which defendant, Danielle DiPaola, may answer, move, or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on May 5, 2020; and

3. Time to Answer, Move or otherwise Reply expires on June 25, 2020 (as extended by Standing Order 2020-09 entered on April 17, 2020).

THE LAW OFFICES OF RICHARD MALAGIERE, PC

By: s/ Leonard E. Seaman_____
Richard Malagiere
Leonard E. Seaman
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
(201) 440-0675
rm@malagierelaw.com
les@malagierelaw.com
Attorneys for Defendant, Danielle DiPaola
Dated: June 19, 2020

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
   Deputy Clerk