# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**David W. Phillips**
**Of Counsel**
**Direct Dial:  973-643-6168**
**Email: dphillips@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

July 20, 2020

**VIA ECF**

William T. Walsh, Clerk
United States District Court
 For the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, New Jersey 07101

      Re:    **Emerson Redevelopers Urban Renewal, LLC**
              **v. Borough of Emerson**
              <u>**Civil Action No. 20-cv-4728-MCA-MAH**</u>

Dear Mr. Walsh:

      This firm is counsel to plaintiff Emerson Redevelopers Urban Renewal, LLC, in the captioned matter. I write with respect to the motion to dismiss filed by defendant Danielle DiPaola, ECF #12, filed July 9, 2020, with original return date of August 3, 2020, and original opposition date of July 20, 2020.

      Pursuant to L. Civ. R. 7.1(d)(5), I hereby invoke the automatic one cycle adjournment of the motion. The new return date is August 17, 2020, the new opposition date is August 3, 2020, and the new reply date is August 10, 2020.

      The motion to dismiss has not been previously extended or adjourned.

      Very truly yours,

      */s/ David W. Phillips*

      David W. Phillips

Cc:    All counsel (Via ECF)