# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Christopher C. Botta, Esq (#0312561992)
**BOTTA ANGELI, L.L.C.**
50 South Franklin Turnpike
Ramsey, New Jersey 07446
(201) 818-6400
ccb@bottalaw.com
*Attorneys for Defendant,*
*Borough of Emerson*

| | |
|---|---|
| EMERSON DEVELOPERS URBAN RENEWAL, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> THE BOROUGH OF EMERSON NEW JERSEY, AND DANIELLE DIPAOLA, <br><br> Defendants. | Civil Action No.: 2:20-cv-0478 (MCA-MAH) <br><br><br> Civil Action <br><br> **NOTICE OF MOTION TO DISMISS** |

To:   JOSEPH B. FIORENZO, ESQ.
       DAVID W. PHILLIPS, ESQ.
       SILLS CUMMIS & GROSS P.C.
       The Legal Center
       One Riverfront Plaza
       Newark, New Jersey 07102

       Richard Malagiere (RM-3991)
       Leonard E. Seaman (LES-4799)
       THE LAW OFFICES OF RICHARD MALAGIERE
       250 Moonachie Road, Suite 102
       Moonachie, New Jersey 07074

1

**PLEASE TAKE NOTICE THAT** that the undersigned attorneys for Defendant, Borough of Emerson, will move this Court before Honorable Madeline Cox Arleo, U.S.D.J. at the United States District Courthouse for the District of New Jersey, M.L. King Jr. Federal Bldg. & US Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on August 17, 2020, or a date to be set by the Court, for an Order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted and for such other and further relief as the Court may deem proper in the circumstances.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the Brief, Certification of Counsel, and Certificate of Service attached hereto in support of said application. A proposed form of Order is annexed hereto.

**BOTTA ANGELI, L.L.C.**
*Attorneys for Defendant,*
*Borough of Emerson*

By  */s/ Christopher C. Botta*
       Christopher C. Botta [#031561992]

Dated: July 20, 2020