# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Joseph B. Fiorenzo**
**Member**
**Direct Dial: 973-643-5499**
**Email: jfiorenzo@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

July 31, 2020

**VIA ECF**
William T. Walsh, Clerk
United States District Court
 For the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, New Jersey 07101

   Re: **Emerson Redevelopers Urban Renewal, LLC**
      **v. Borough of Emerson**
      <u>**Civil Action No. 20-cv-4728-MCA-MAH**</u>

Dear Mr. Walsh:

  This firm is counsel to plaintiff Emerson Redevelopers Urban Renewal, LLC, in the above-captioned matter. Pursuant to Local Civil Rule 7.1(d)(5), we request an automatic extension of the time to respond to a dispositive motion with respect to the Motion to Dismiss filed by Defendant the Borough of Emerson on July 20, 2020. Currently, Plaintiff's opposition briefing is due on August 3, 2020, and the motion is returnable August 17, 2020. The originally noticed motion day has not previously been extended or adjourned. The new motion date shall be September 8, 2020, the deadline for Plaintiff to file opposition papers shall be August 25, 2020, and Defendant's reply papers shall be due on September 1, 2020.

  Thank you for your consideration in this matter.

                   Respectfully yours,

                   *s/ Joseph B. Fiorenzo*
                   Joseph B. Fiorenzo

Cc: All counsel (Via ECF)