# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**BOTTA ANGELI, L.L.C.**
Christopher C. Botta, Esq. (031561992)
50 South Franklin Turnpike
Ramsey, New Jersey 07446
(201) 818-6400
ccb@bottalaw.com
*Attorneys for Defendant,*
*Borough of Emerson & Danielle DiPaola*
*(certain insured claims)*

| | |
|---|---|
| EMERSON REDEVELOPERS URBAN RENEWAL, L.L.C., | Civil Action No.: 2:20-cv-04728 (MCA-MAH) |
| Plaintiffs, | |
| vs. | |
| THE BOROUGH OF EMERSON NEW JERSEY, AND DANIELLE DIPAOLA, | Civil Action |
| Defendants. | **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a telephonic status conference on August 15, 2022; and for good cause shown:

IT IS on ___23rd___ day of August 2022, **ORDERED** as follows:

1. The Pre-Trial Scheduling Order dated February 1, 2022 shall be amended as follows:

1

   a. Fact discovery shall remain open through **January 31, 2023**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown. Depositions of fact witnesses and individuals who will give lay opinion testimony based on particular competence in an area (including but not limited to treating physicians) are to be completed by **January 31, 2023.** No objections to questions posed at depositions shall be made other than as to lack of foundation, form or privilege. See Fed. R. Civ. P. 32(d)(3)(A). No instruction not to answer shall be given unless a privilege is implicated.
   b. All affirmative expert reports shall be delivered by **February 28, 2023.** Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).
   c. All responding expert reports shall be delivered by **March 31, 2023**. Any such report shall be in the form and content as described above.
   d. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **April 30. 2023**.
   e. There shall be a telephone status conference before the Undersigned on **4/5/2023 at 11:00 a.m. The parties will dial 1-888-684-8852 and access code 1456817# to join the conference.**
2. In all other respects, the Pre-Trial Scheduling Order dated February 1, 2022 shall remain in full force and effect.

**SILLS CUMMIS & GROSS, P.C.**
Attorneys for Plaintiffs

**LAW OFFICES OF RICHARD MALAGIERE**
Attorneys for Defendant,
Danielle DiPaola (uninsured claims)

By */s/ Stephen M. Klein, Esq.*
   Stephen M. Klein, Esq.

By */s/ Leonard E. Seaman, Esq.*
   Leonard E. Seaman, Esq.

**BOTTA ANGELI, L.L.C.**
Attorneys for Defendants

By */s/ Christopher C. Botta, Esq.*
   Christopher C. Botta, Esq.

SO ORDERED:

_____
**Hon. Michael A. Hammer**
**United States Magistrate Judge**

ATTENTION:
* The parties are advised that in view of the foregoing extensions and the age of this case, there will be no further extensions of the foregoing deadlines.

Dated: August 23, 2022

2