# Sills Cummis & Gross

A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

Stephen M. Klein
Member
Admitted In NJ, NY
Direct Dial: 973-643-4775
Email: sklein@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

April 21, 2023

**VIA CM/ECF**
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
MLK 2C
Newark, NJ 07101

Re:   *Emerson Redevelopers Urban Renewal, LLC v. Borough of Emerson, et al.*
      **Docket No.: 2:20-cv-04728-MCA-MAH**

Dear Judge Hammer,

We represent Plaintiffs and write jointly with Defendants pursuant to the Court's Order to submit an amended schedule for the remainder of discovery on or before April 21, 2023. The parties propose the following schedule:

| Event | Proposed Date |
|---|---|
| Conclusion of Fact Discovery | May 22, 2023 |
| Deadline for expert reports on any issue for which the party bears a burden of proof | June 30, 2023 |
| Responsive expert reports | August 7, 2023 |
| Expert depositions | September 7, 2023 |

If this schedule meets with Your Honor's approval, the parties request that the Court "so order" this letter.

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.
Date: 4/24/23

Hon. Michael A. Hammer, U.S.M.J.
April 21, 2023
Page 2

      We thank Your Honor for your courtesies in this matter.

                                              Respectfully submitted,

                                              *s/Stephen M. Klein*
                                              Stephen M. Klein

All counsel of record (via CM/ECF)