# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Stephen M. Klein**
**Member**
**Admitted In NJ, NY**
**Direct Dial:  973-643-4775**
**Email: sklein@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

August 18, 2023

**VIA CM/ECF**
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
MLK 2C
Newark, NJ 07101

**Re:**   *Emerson Redevelopers Urban Renewal, LLC v. Borough of Emerson, et al.*
       **Docket No.: 2:20-cv-04728-MCA-MAH**

Dear Judge Hammer:

We represent Plaintiff and write jointly with Defendants pursuant to the Court's text order dated July 25, 2023, directing the parties to meet and confer in an attempt to resolve the issues raised by Defendants' July 25, 2023 letter and set forth an amended schedule, if any. [Dkt. No. 61]. The parties propose the following amended schedule.

| Event | Proposed Date |
|---|---|
| Defendants shall serve a Supplemental Notice to Produce (the "Supplemental Notice") directed solely to issues raised by D. Cahn in the July 11, 2023 disclosure from Plaintiff. | August 21, 2023 |
| Plaintiff shall provide responses, objections, and a supplemental production of documents in response to the Supplemental Notice. | September 15, 2023 |
| Completion of the deposition of D. Cahn, and any other witness to the extent the deposition concerns an issues raised by the July 11, 2023 disclosure or supplemental production. | October 30, 2023 |
| Service of Defendants' expert report in response to the reports of E. Keller and A. Bernard. | October 30, 2023 |
| Service of Defendants' expert damages report. | December 15, 2023 |
| Completion of expert depositions. | January 30, 2024 |

**Sills Cummis & Gross**
A Professional Corporation

Hon. Michael A. Hammer, U.S.M.J.
August 18, 2023
Page 2

    If this schedule meets with Your Honor's approval, the parties request that the Court "so order" this letter.

    We thank Your Honor for your courtesies in this matter.

                                                 Respectfully submitted,

                                                 *s/Stephen M. Klein*
                                                 Stephen M. Klein

All counsel of record (via CM/ECF)