# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Joseph B. Fiorenzo**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5499**
**Email: jfiorenzo@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

October 24, 2023

<u>Via Email</u>
Hon. Michael A. Hammer, U.S.M.J.
United States District Court,
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: *Emerson Redevelopers Urban Renewal, LLC v. Borough of Emerson and Mayor Danielle DiPaola*
**Docket No.: 2:20-cv-04728**

Dear Judge Hammer:

We represent Plaintiff and write jointly with Defendants pursuant to the Court's text order to advise that all parties prefer to have a settlement conference in the above-referenced matter before Your Honor. The parties do not believe the expert discovery schedule should be placed on hold until the settlement conference at this time.

We look forward to meeting with Your Honor.

Respectfully submitted,

*s/Joseph B. Fiorenzo*
Joseph B. Fiorenzo

cc: All counsel of record (via CM/ECF)

10088228 v1