THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| | | | |
|---|---|---|---|
| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>3rd FLOOR<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Giancarlo Ghione**<br>*Member NJ Bar*<br>**Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney* |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4180
Writer's e-mail: les@malagierelaw.com

February 1, 2024

**VIA CM/ECF**
The Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Courtroom MLK 2C
Newark, New Jersey 07101

      Re: **Emerson Redevelopers Urban Renewal, LLC v. Borough of Emerson, et al.**
           **Civ. Action No.: 2:20-cv-04728-MCA-MAH**

Dear Judge Hammer:

    This office is co-counsel to defendant, Danielle DiPaola, in the above matter which is scheduled for a virtual settlement conference on Monday, February 5, 2024.

    As Your Honor may recall, plaintiff in this matter is engaged in litigation with the Borough of Emerson in New Jersey state court on issues that also relate to the development of the Block 419 Project.

    Attached is a letter from Brian Giblin, Sr., Esq., who is counsel for the Borough in the state court matter, requesting an opportunity to participate in the settlement conference to attempt to resolve the claims in both the state and federal matters.

      If the Court is interested in Mr. Giblin's participation, we will see that he is part of the Zoom settlement conference.

      Thank you.

                                 Respectfully,

                                 s/ Leonard E. Seaman
                               LEONARD E. SEAMAN

LES/me

cc:    All counsel (via CM/ECF)
        client (via e-mail)