LAW OFFICES
# GIBLIN & GANNAIO

BRIAN T. GIBLIN"
MICHAEL A. GANNAIO+

BRIAN T. GIBLIN, JR.■

OF COUNSEL
LOUIS M. FLORA

\* MEMBER N.J. B N.Y. BAR
\*\*MEMBER N.J. B FLA_ BAR
\*MEMBER N.J. 8 WI BAR

2 FOREST AVENUE
SUITE 200
ORADELL, N.J. 07649
PHONE (201) 262-9500
FAX: (201) 262-8107
btgiblin@msn.com

February 1, 2024

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   Emerson Redevelopers Urban Renewal, LLC v. Borough of Emerson, et al.
      Civ. Action No.: 2:20-cv-04728-MCA-MAH

Dear Judge Hammer:

Please be advised that this firm represents the Borough of Emerson in the matter of "The Borough of Emerson v. Emerson Redevelopers in the Superior Court of New Jersey, listed under Docket No. L-3359-20.

It is our understanding that there is currently a settlement conference scheduled for Monday, February 5, 2024 before Your Honor in the above captioned matter.

At the request of the Borough of Emerson, we would ask that we be permitted to appear and participate in the settlement conference so that all pending claims between the parties can potentially be resolved.

Thank you for your consideration of this request.

Respectfully requested,

GIBLIN & GANAIO, LLC

Brian T. Giblin

BTG/mg
C:   Leonard Seaman, Esq.
     Joseph Fiorenzo, Esq.
     Stephen Klein, Esq.