## BOTTA ANGELI, L.L.C.
COUNSELLORS AT LAW

50 SOUTH FRANKLIN TURNPIKE

RAMSEY, NEW JERSEY 07446

(201) 818-6400

Telefax (201) 818-4090

mail@bottalaw.com

Please reply to NJ Office

CHRISTOPHER C. BOTTA*+

NATALIA R. ANGELI*

RENEE F. MCCASKEY

New York Office:

23 Green Street
Suite 302
Huntington, NY 11743

\*   Also Member NY Bar
\+   Also Member DC Bar

June 13, 2024

*Via ECF*

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    **Emerson Redevelopers Urban Renewal, LLC v. Borough of Emerson, et al.**
             **Civ. Action No.: 2:20-cv-04728-MCA-MAH**

Dear Magistrate Judge Hammer:

This firm represents defendants, Borough of Emerson and Danielle DiPaola (on certain insured claims), in the above captioned matter. All parties have conferred on the below proposed discovery schedule and amendment to the previous Order dated February 29, 2024. As such, kindly accept this letter as a joint submission of the parties in connection with the scheduling of the conclusion of discovery in this litigation.

The parties have been working diligently to conclude discovery, and all that remains is the depositions of certain experts. Due to counsels' respective trial schedule, these depositions remain outstanding. We would note that plaintiff's counsel concluded a three-week trial last month and is beginning a scheduled three-week trial on June 17, 2024 in Hudson County. Further, defense counsel completed a two-week trial in Bergen County in June, and has two trials pending in the month of July. We have therefore set aside the first two weeks of August, 2024 to conclude the deposition of the experts. As such, we would propose the following schedule to conclude discovery and file dispositive motions:

| Date | Event |
|---|---|
| August 16, 2024 | Completion of Expert Depositions |
| September 20, 2024 | Any Motion for Summary Judgement filed and served |
| October 28, 2024 | Opposition to Motion for Summary Judgement filed and served |
| November 18, 2204 | Reply on Motion for Summary Judgement filed and served |

BOTTA ANGELI, L.L.C.

June 13, 2024
Page: 2

We thank Your Honor for your consideration and courtesies in this regard.

                Respectfully submitted,

                BOTTA ANGELI, L.L.C.

                Christopher C. Botta

CCB/slf
cc:    Leonard E. Seaman, Esq. *(via email only)*
        Stephen M. Klein, Esq. *(via email only)*