Richard Malagiere
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, Danielle DiPaola

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **EMERSON REDEVELOPERS URBAN RENEWAL, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE BOROUGH OF EMERSON, NEW JERSEY, AND DANIELLE DIPAOLA,**<br><br>Defendants. | Civil Action No.: 2:20-cv-04728<br><br>**[PROPOSED] ORDER** |

THIS MATTER having been opened to the Court on motion by The Law Offices of Richard Malagiere, PC (Richard Malagiere, Esq. and Leonard E. Seaman, Esq., appearing), attorneys for defendant, Danielle DiPaola, for an Order granting summary judgment pursuant to Fed. R. Civ. P. 56 dismissing plaintiff's first amended complaint with prejudice, and the Court having considered the moving papers, opposition, arguments of counsel and good cause having been shown;

IT IS this _____ day of _____, 202_;

ORDERED that the amended complaint is hereby dismissed with prejudice as to defendant Danielle DiPaola pursuant to *Fed. R. Civ. P.* 56.

_____
Honorable Madeline Cox Arleo, U.S.D.J.