Richard Malagiere
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE A
PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074 Tel:
(201) 440-0675
Attorneys for Defendant, Danielle DiPaola

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **EMERSON REDEVELOPERS URBAN RENEWAL, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE BOROUGH OF EMERSON, NEW JERSEY, AND DANIELLE DIPAOLA,**<br><br>Defendants. | Civil Action No.: 2:20-cv-04728<br><br>**CERTIFICATION OF SERVICE** |

TO:  MELISSA E. RHODES, ESQ.
    Clerk of Court
    United States District Court
    District of New Jersey
    Martin Luther King Building & U.S. Courthouse
    50 Walnut Street
    Newark, New Jersey 07101

The undersigned hereby certifies that on this date the enclosed notice of motion, brief, statement of material facts not in dispute, declaration of counsel, and proposed form of order were filed and served electronically via CM/ECF on all parties herein.

s/ Leonard E. Seaman
Richard Malagiere
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE, PC
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
(201) 440-0675
rm@malagierelaw.com
les@malagierelaw.com
Attorneys for Defendant, Danielle DiPaola
Dated: September 13, 2024