**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Christopher C. Botta, Esq (#0312561992)
**BOTTA ANGELI, L.L.C.**
50 South Franklin Turnpike
Ramsey, New Jersey 07446
(201) 818-6400
ccb@bottalaw.com
 *Attorneys for Defendant,*
*Borough of Emerson*

| | |
|---|---|
| EMERSON REDEVELOPERS URBAN RENEWAL, L.L.C.,<br><br>          Plaintiffs,<br><br>vs.<br><br>THE BOROUGH OF EMERSON, NEW JERSEY, AND DANIELLE DIPAOLA,<br><br>          Defendants. | Civil Action No.: 2:20-cv-04728 (MCA-MAH)<br><br>Civil Action<br><br>**NOTICE OF MOTION**<br>**FOR SUMMARY JUDGEMENT** |

To:   JOSEPH B. FIORENZO, ESQ.
      STEPHEN M. KLEIN, ESQ.
      SILLS CUMMIS & GROSS P.C.
      The Legal Center
      One Riverfront Plaza
      Newark, New Jersey 07102

      RICHARD MALAGIERE, ESQ.
      LEONARD E. SEAMAN, ESQ.
      THE LAW OFFICES OF RICHARD MALAGIERE
      250 Moonachie Road, Suite 102
      Moonachie, New Jersey 07074

**PLEASE TAKE NOTICE THAT** that the undersigned attorneys for Defendant, Borough of Emerson, will move this Court before The Honorable Madeline Cox Arleo, U.S.D.J. at the United States District Courthouse for the District of New Jersey, M.L. King Jr. Federal Bldg. & US Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on October 21, 2024, or a date to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 56 dismissing plaintiff's First Amended Complaint with prejudice, and for such other and further relief as the Court may deem proper in the circumstances.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the Statement of Material Facts, Brief, Certification of Counsel with Exhibits, and Certificate of Service attached hereto in support of said application. A proposed form of Order is annexed hereto.

**BOTTA ANGELI, L.L.C.**
*Attorneys for Defendant,*
*Borough of Emerson*

By  */s/ Christopher C. Botta*
    Christopher C. Botta [#031561992]

Dated: September 19, 2024