**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Christopher C. Botta, Esq (#0312561992)
**BOTTA ANGELI, L.L.C.**
50 South Franklin Turnpike
Ramsey, New Jersey 07446
(201) 818-6400
ccb@bottalaw.com
*Attorneys for Defendant,*
*Borough of Emerson*

| | |
|---|---|
| EMERSON REDEVELOPERS URBAN RENEWAL, L.L.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOROUGH OF EMERSON, NEW JERSEY, AND DANIELLE DIPAOLA,<br><br>Defendants. | Civil Action No.: 2:20-cv-04728 (MCA-MAH)<br><br>Civil Action<br><br>**ORDER** |

THIS MATTER having been opened to the Court on motion by BOTTA ANGELI, LLC, (Christopher C. Botta, Esq., appearing), Attorneys for Defendant, Borough of Emerson, for an Order granting summary judgment pursuant to Fed. R. Civ. P. 56 dismissing plaintiff's First Amended Complaint with prejudice, and the Court having considered the moving papers, opposition, arguments of counsel and good cause having been shown;

IT IS this ____ day of _____, 2024;

1

ORDERED that the First Amended Complaint is hereby dismissed with prejudice as to defendant Borough of Emerson pursuant to Fed. R. Civ. P. 56, and,

IT IS FURTHER ORDER that counsel for movant shall serve a copy of this Order on all parties not served with a copy hereof electronically.

---

Honorable Madeline Cox Arleo, U.S.D.J.