**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

Christopher C. Botta, Esq (#0312561992)
**BOTTA ANGELI, L.L.C.**
50 South Franklin Turnpike
Ramsey, New Jersey 07446
(201) 818-6400
ccb@bottalaw.com
*Attorneys for Defendant,
Borough of Emerson*

| | |
|---|---|
| EMERSON REDEVELOPERS URBAN RENEWAL, L.L.C., <br><br>          Plaintiffs, <br><br> vs. <br><br> THE BOROUGH OF EMERSON, NEW JERSEY, AND DANIELLE DIPAOLA, <br><br>          Defendants. | Civil Action No.: 2:20-cv-04728 (MCA-MAH) <br><br> Civil Action <br><br> **CERTIFICATION OF SERVICE** |

    The undersigned hereby certifies that on this date the enclosed Notice of Motion, Statement of Material Facts, Brief, Certification of Counsel with Exhibits, and Proposed Form of Order were filed and served electronically via ECF on all parties herein.

                                         */s/ Christopher C. Botta*
                                          Christopher C. Botta [#031561992]

Dated: September 19, 2024

1