UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMERSON REDEVELOPERS URBAN RENEWAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BOROUGH OF EMERSON AND MAYOR DANIELLE DIPAOLA,<br><br>Defendants. | Docket No. 2:20-cv-04728<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br><br><br><u>CERTIFICATION OF SERVICE.</u> |

Joseph B. Fiorenzo, Esq., of full age, does hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of Sills Cummis & Gross, P.C., counsel for Plaintiff Emerson Redevelopers Urban Renewal, LLC herein.

2. On the date set forth below, I caused true copies of all Motion Papers upon counsel for Plaintiffs herein through ECF:

    Christopher C. Botta, Esq.
    Botta Angeli, LLC
    50 S Franklin Turnpike
    Ramsey, NJ 07446
    201-818-6400
    ccb@bottalaw.com
    Counsel for Emerson and DiPaola

    Leonard Seaman, Esq.
    The Law Offices Of Richard Malagiere P.C.
    250 Moonachie Road, 3rd Floor, Suite 300A
    Moonachie, NJ 07074
    201-440-0675
    les@malagierelaw.com
    Counsel for DiPaola

I hereby certify that the foregoing statements made me are true. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

*s/Joseph B. Fiorenzo*
JOSEPH B. FIORENZO

Dated: October 28, 2024