# Exhibit 109