<u>**CLOSING**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMERSON REDEVELOPERS URBAN RENEWAL, LLC, | |
| *Plaintiff*, | Civil Action No. 20-4728 |
| v. | ORDER |
| THE BOROUGH OF EMERSON, NEW JERSEY, et al., | |
| *Defendants*. | |

**THIS MATTER** comes before the Court by way of Defendants Danielle DiPaola's and the Borough of Emerson's motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, ECF Nos. 82 and 83;

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 22 day of April, 2025;

**ORDERED** that Defendants' motions for summary judgment, ECF Nos. 82 and 83, are **GRANTED**; and it is further

**ORDERED** that this matter is now **CLOSED**.

.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**